*In re* MARTA VÉLEZ ECHEVARRÍA, querellada.

*Número:* 5529    *Resuelto:* 15 de marzo de 1990

*Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías,* querellante.

## RESOLUCIÓN

Vista la segunda moción de reconsideración presentada por la querellada Marta Vélez Echevarría, el Tribunal reduce la sanción que se le impuso de suspensión del ejercicio del notariado de dos (2) años a un (1) año.

*Notifíquese a la Oficina de la Compiladora y Publicista de Jurisprudencia del Tribunal, al Colegio de Abogados y a los demás servicios que publican nuestras decisiones.*

Lo acordó el Tribunal y certifica el señor Secretario General. El Juez Presidente Señor Pons Núñez y el Juez Asociado Señor Negrón García disienten. El Juez Asociado Señor Ortiz no intervino.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*